UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-308-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLINTON FRANCIO GUTHRIE,

    Defendant.
_____

## ORDER
_____

THIS MATTER comes before the Court on receipt of the parties' Answer to the Order to Show Cause and Status Report (# 75), Joint Status Report (# 76), and Government's Response to the Court's Order of February 27, 2006, Concerning Status (# 77), all of which were filed on March 3, 2006. On February 27, 2006, the Court issued an Order to Show Cause for the parties' failure to comply with previous Court Order. Having reviewed the abovementioned documents, I find that the Order to Show Cause should be discharged. Accordingly, it is

ORDERED that the Order to Show Cause, which was issued on February 27, 2006, is hereby **DISCHARGED**. It is

FURTHER ORDERED that the parties shall file a notice of disposition or joint status report by **Tuesday, March 21, 2006**.

Dated: March 7, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge